1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 TIMOTHY ZINDEL, #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA  95814
4 Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
5

6 Attorney for Defendant
SVETLANA KRAMARENKO
7

8

9
IN THE UNITED STATES DISTRICT COURT
10
FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,   ) Case No.  2:12-CR-0048 GEB
                             )
14         Plaintiff,         )
                             ) **STIPULATION AND ORDER**
15    v.                      ) **RE RETURN OF PASSPORT**
                             )
16 SVETLANA KRAMARENKO,        )
                             )
17         Defendant.         ) Judge:  Hon. Kendall J. Newman
                             )
18 _____)

19

20    The Clerk's Office has advised the parties that it wishes

21 to return an expired passport belonging to Ms. Kramarenko but

22 requires a court order to do so.

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

-1-

1    Accordingly, the parties agree that the Court may enter an
2 order directing the Clerk to release Ms. Kramarenko's passport
3 to defense counsel so that he may return it to his client.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   November 21, 2016          /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for SVETLANA KRAMARENKO


                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

Dated:   November 21, 2016          /s/ T. Zindel for Michele Beckwith
                                    MICHELE BECKWITH
                                    Assistant United States Attorney


                              **O R D E R**


   The Clerk shall return Svetlana Kramarenko's passport to defense counsel so that he may return it to Ms. Kramarenko.

   IT IS SO ORDERED.

Dated:   November 21, 2016

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE